UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD DOUGHTY, : | Civil No. 08-2012 (NLH) |
| Plaintiff, : | |
| : | **ORDER REOPENING CASE** |
| v. : | |
| R. COMUNALE, et al., : | |
| Defendants. : | |

It appearing that:

1. If a prisoner seeks permission to file a civil rights complaint in forma pauperis, the Prison Litigation Reform Act ("PLRA") requires the prisoner to file an affidavit of poverty **and** a prison account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

2. By Order entered May 5, 2008, this Court denied Plaintiff's application to proceed in forma pauperis without prejudice and administratively terminated the action on the grounds that Plaintiff failed to submit a six-month prison account statement in support of his application to proceed in forma pauperis or to pre-pay the $350.00 filing fee.  The Order provided that Plaintiff may have the above entitled case reopened if, within 30 days of the date of the entry of the Order, Plaintiff either pre-paid the $350.00 filing fee **or** filed a prison account statement, as required by 28 U.S.C. § 1915(a).

3. On May 22, 2008, in regard to the above docket number the Clerk received an Inmate Account Summary Report covering Plaintiff's account at the Atlantic County Jail for the period

from December 1, 2007, through April 29, 2008, which presumably covers the period Plaintiff has been incarcerated at the jail.

    IT IS therefore on this   6th   day of   August  , 2008,

    ORDERED that the Clerk shall reopen the file in order for this Court to entertain Plaintiff's application to proceed in forma pauperis and, if same is granted, to screen the Complaint for dismissal, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

                                     s/Noel L. Hillman
                                       NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey